UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 1:08-cr-274-15

v.

HONORABLE PAUL L. MALONEY

ALVIN MAURICE ANDERSON,

        Defendant.
_____/

# ORDER DENYING MOTION TO WITHDRAW AS ATTORNEY AND GRANTING EXTENSION OF DEADLINE TO PLEA AND RECEIVE 3RD-LEVEL OF ACCEPTANCE

This matter is before the Court on Ray E. Richards, II's Motion to Withdraw as Attorney for defendant Alvin Maurice Anderson (Dkt. #293). For the reasons and grounds set forth in the opinion from the bench on today's date which is incorporated herein by reference,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Attorney (Dkt. #293) is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that defendant's oral request for extension of time to enter a guilty plea and receive 3rd-level of acceptance is **GRANTED**. The deadline is extended to **August 6, 2010**.

Date: July 16, 2010

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge